# WOODROW EPPERSON
## ATTORNEY AT LAW

|  |  |  |
|---|---|---|
| Houston Office: | 713-973-6303 | Kerrville Office; |
| 12435 Old Oaks | Fax: 830-890-5301 | 336 Rim Rock Road |
| Houston, Texas 77024 | Jepper1068 @aol.com | Kerrville, Texas 78028 |
|  | Licensed in Texas, Florida and Pennsylvania |  |

August 13, 2018

by email

**PERSONAL & CONFIDENTIAL**
**DOCUMENT PROTECTED BY**
**ATTORNEY CLIENT PRIVILEGE**

Ms. Olga Lydia Mireles
2705 Oaks Dr.
Pasadena, TX 77502

RE: Claims against CenterPoint Energy

Dear Ms. Mireles,

    Approximately a month ago I sent a formal legal demand and offer of pre-litigation to Ms. Katherine Flanagan, outside counsel for CenterPoint Energy. This formal demand offered to proceed to mediation before a mediator acceptable to the parties.

    I have since spoken with Ms. Flanagan and with additional counsel for CenterPoint, Ms. Kelley Edwards. Despite the formal legal demand and offer to proceed to mediation I have not been able to obtain an agreement to proceed to mediation.

    We can proceed to mediation only when the parties agree to mediate or when the court orders mediation.

    In view of the above, and because I do not expect CenterPoint to change its position on mediation, I recommend that we file suit seeking a court order directing the parties to proceed to mediation.

    Accordingly I have prepared the enclosed lawsuit for filing in Harris County District Court. If you agree with my recommendations, please sign the enclosed lawsuit and return it to me with the attorney fee shown below. I will then file suit and proceed with action.

*Please address all correspondence to 336 Rim Rock Road, Kerrville, Texas 78028

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☐ EEOC | 460-2016-03497 |

Amended

_Texas WELFARE Commission_ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Olga Lydia Mireles
**HOME TELEPHONE** (Include Area Code): 713 539-5519
**STREET ADDRESS**: 2705 Oaks Dr
**CITY, STATE AND ZIP CODE**: Pasadena Tx 77502
**DATE OF BIRTH**: 1/18/69

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: CenterPoint Energy
**NUMBER OF EMPLOYEES, MEMBERS**: >500
**TELEPHONE** (Include Area Code): 713 951-9400
**STREET ADDRESS**: c/o Littler Mendelson 1301 McKinney #1900, Houston Tx 77010
**COUNTY**: Harris

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST — LATEST
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

See attached

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

Date — Charging Party (Signature)

EEOC FORM 5 (REV. 3/01)

Amendment to Original charge of Discrimination (Charge No. 460-2016-03477, Mireles v. CenterPoint Energy Corporation

(Supporting statement of charging party)

I was hired by defendant as a full time employee and performed the duties of my position capably and effectively. At all times during my employment, I was a good, competent, dependable and loyal employee. At all times relevant to this action I was experienced and accomplished my employer's industry. My employer commenced and continued a course of discrimination against me on account of my race, ~~African~~ Mexican American. In response to my employer's action I duly and timely filed a charge of discrimination with the Equal Employment Opportunity Commission and by reference with the Texas Workforce Commission.

Thereafter my employer commenced and continued a course of retaliation against me for asserting claims of discrimination. Specifically my employer's retaliation consisted in part and without limitation in treating me less favorably than persons outside my protected categories. The actions by my employer are particularly described below.

During my employment and after asserting claims of discrimination under Title VII of the Civil Rights Act of 1964, my employer intentionally commenced and carried out a course of conduct which inflicted emotional distress upon me on account of my race, Mexican ~~African~~ American. These claims are based upon the following described actions by my employer:

a. It intentionally subjected me to abusive working conditions which were calculated to have the effect and which did have the effect of inflicting emotional distress upon me.

b. It placed arbitrary and capricious goals or quotas for me to attain with the intent to force me from my job for pretextual reasons.

c. It intentionally subjected me to abusive working conditions by requiring me to perform my required work duties under circumstances and under a supervisor who uttered maliciously and belittling statements to me on account of my race and my gender, female.

d. All the above actions by my employer amounted to discrimination against me or harassment of me account of my gender female, and/or my race Mexican ~~African~~ American all in violation of Title VII of the Civil Rights Act of 1964, as amended. and Tex. Labor Code

Ann. Sec. 21.001 et seq.

   e. My employer, acting through its officials and supervisory personnel, commenced and continued a practice of repeated, unwelcome and uninvited offensive abusive conduct toward me on account of my gender female, and my race, ~~African~~ Mexican American, all of which constituted discrimination against me on account of my gender, female and my race ~~African~~ Mexican American.

The actions by my employer following my filing of a charge of discrimination with the Equal Employment Opportunity Commission also constituted retaliation against me in violation of Title VII of the Civil Rights Act of 1964.

_____
Olga Lydia Mireles

Subscribed and sworn to before me this 19th day of October, 2018.

_____
Notary Public in and for
the State of Texas

SHOHIL ALI
NOTARY PUBLIC
State of Texas
Comm. Exp. 07-15-2019